# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

UNITED STATES OF AMERICA ) 
                                ) Case No. 4:25-cr-00016

v.                                   )

                                ) Judge Collier/Steger

COTY MARCUS RICK             )

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 189) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the eight count Indictment; (2) accept Defendant's guilty plea as to Count One of the eight count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 189) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the eight count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the eight count Indictment is **ACCEPTED**;

3.  Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(A), and 846; and

4.  Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 26, 2026, at 2:00 p.m**. before the undersigned, or until further order of this Court.

**SO ORDERED.**

**ENTER:**

**/s/** _____

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2